No. 90–1918. KRAFT GENERAL FOODS, INC. *v.* IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa. [Certiorari

granted, *ante*, p. 1056.] Motion of petitioner to dispense with printing the joint appendix granted.